UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Complaint of                      **JUDGMENT**
THE CITY OF NEW YORK, as Owner              **03-CV-6049(ERK)**
and Operator of M/V Andrew J. Barberi

-------------------------------------------------------------X

        A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on February 26, 2007 making a finding of fact and conclusion of law pursuant to Federal Rule of Civil Procedure 52, and denying the City's petition seeking to avoid any legal liability for damages that resulted from the disaster on October 15, 2003, or to limit its liability to the value of the *Andrew J. Barberi*, it is

        ORDERED and ADJUDGED that judgment is hereby entered that the petition of The City of New York seeking to avoid any legal liability for damages that resulted from the disaster on October 15, 2003 or to limit its liability to the value of the *Andrew J. Barberi* is denied.

Dated: Brooklyn, New York
        February 26, 2007

                                                                  Robert C. Heinemann
                                                                  Clerk of Court